IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LISA DALLY,                                    :
                                               :
                                               :
                                               :
        v.                                     :        2:26-cv-00025
                                               :
TRANSUNION LLC, BENEFICIAL STATE    :
BANK.                                          :
                                               :
                                               :

## ORDER

AND NOW, this 13th day of July 2026, upon consideration of Defendant

Beneficial State Bank's (BSB) Motion to Dismiss (Dkt. 14), Plaintiff's Response

thereto (Dkt. 16), and BSB's Reply in Support of its Motion (Dkt. 19), it is hereby

ORDERED that BSB's Motion is GRANTED in full.  Plaintiff's claims against BSB

are DISMISSED *with prejudice.*

BY THE COURT:

GAIL A. WEILHEIMER